Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:     702.862.7709
Fax No.:          702.862.8150
rgrandgenett@littler.com
asclark@littler.com

Attorneys for Defendant
HILTON GRAND VACATIONS INC.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RIBAL HAGE,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HILTON GRAND VACATIONS INC.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-01670-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff Ribal Hage ("Plaintiff") and Defendant Hilton Grand Vacations, Inc. ("HGV"), hereby stipulate and agree to extend the time for HGV to file a response to the Complaint from the current deadline of October 8, 2024, up to and including **October 29, 2024.**

　　　　The requested extension is necessary in light of the fact that HGV's counsel was recently retained.  The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: October 2, 2024

Respectfully submitted,

/s/ Gabriel A. Blumberg
Gabriel A. Blumberg, Esq.
Martin D. Holmes, Esq.
DICKINSON WRIGHT PLLC

*Attorneys for Plaintiff*
RIBAL HAGE

Dated: October 2, 2024

Respectfully submitted,

/s/ Andrew S. Clark
Roger L. Grandgenett II, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
HILTON GRAND VACATIONS INC.

**IT IS SO ORDERED.**

Dated: October 3, 2024

_____
UNITED STATES MAGISTRATE JUDGE

4866-0929-7899.1 / 116024-1026

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2