Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
rgrandgenett@littler.com
asclark@littler.com

Attorneys for Defendant
HILTON GRAND VACATIONS INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RIBAL HAGE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HILTON GRAND VACATIONS INC.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-01670-JCM-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

　　　　Plaintiff RIBAL HAGE ("Plaintiff"), and Defendant HILTON GRAND VACATIONS INC. ("Hilton" "Defendant") (together, the "Parties"), hereby agree and stipulate to extend the time for Defendant to file their responsive pleading to Plaintiff's Complaint from the current deadline of October 29, 2024 by two weeks, up to and including **November 12, 2024**.

　　　　The Parties agree the extension is warranted to allow continued discussions regarding the circumstances surrounding an arbitration agreement and whether this matter should be arbitrated.

/ / /

4885-9491-5827.1 / 116024-1026

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

This is the second request for an extension of time to respond to Plaintiff's Complaint and is made in good faith and not for the purpose of undue delay.

Dated: October 29 2024

Respectfully submitted,

*/s/ Martin D. Holmes*
Gabriel A. Blumberg, Esq.
Martin D. Holmes, Esq.
DICKINSON WRIGHT PLLC

*Attorneys for Plaintiff*
RIBAL HAGE

Dated:  October 29, 2024

Respectfully submitted,

*/s/ Andrew S. Clark*
Roger L. Grandgenett II, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
HILTON GRAND VACATIONS INC.

**IT IS SO ORDERED.**

Dated: October 30, 2024

_____
UNITED STATES MAGISTRATE JUDGE

4885-9491-5827.1 / 116024-1026

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2